## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Resa Simon−Calito, et al.
                                    Plaintiff,

v.                                                     Case No.: 1:13−cv−04633
                                                          Honorable Milton I. Shadur

Performance Assets Recovery, LLC
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 12/6/2013. Plaintiff's motion for default judgment and entry of judgment against defendant Performance Asset Recovery, LLC d/b/a Performance Asset Recovery [16] is granted. Default judgment is entered in favor of plaintiffs and against defendant in the amount of $2,000 in statutory damages, $601.70 in actual damages, $1,000 in punitive damages and an award of attorneys fees and costs in the amount of $4,414.80. Enter Judgment Order. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.